Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff SHERRY MANNELLO

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Patricia L. Penny, Esq., SBN 124969
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: ppenny@wrightlegal.net

Attorneys for Defendant,
RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| SHERRY MANNELLO, an individual, | Case No. CV15-7674 CAS (AJWx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| vs. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | Complaint filed: September 30, 2015<br>FAC filed: October 23, 2015<br>SAC filed: February 8, 2016<br>Trial Date: February 7, 2017 |

-1-
JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
2 undersigned counsel hereby stipulate that all claims of Plaintiff  SHERRY
3 MANNELLO ("Plaintiff") are dismissed in their entirety with prejudice, with
4 each party to bear its own costs, expenses, and attorneys' fees. Because all parties
5 appearing in this action stipulate to dismissal, dismissal is appropriate without a
6 court order. Fed.  R.Civ.P. 41(a)(1)(A)(ii; Fed. R. Civ. P. 23(e) (requiring court
7 approval of voluntary dismissal only for certified classes).

Respectfully submitted,

Dated: August 30, 2016   By:   */s/ Aidan Butler*
Aidan Butler, Esq.
Attorney for Plaintiff,
SHERRY MANNELLO

**WRIGHT, FINLAY & ZAK, LLP**

Dated:  August 30, 2016   By:   */s/ Patricia Penny*
T. Robert Finlay, Esq.
Patricia L. Penny, Esq.
Attorneys for Defendant,
RESIDENTIAL CREDIT SOLUTIONS,
INC., a Delaware corporation

# PROOF OF SERVICE

I, Iryna Brown, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On August 30, 2016, I served the within **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

on all interested parties in this action as follows:

> Aidan W. Butler, Esq.
> Attorney at Law
> 3550 Wilshire Blvd, Suite 1924
> Los Angeles, CA 90010
> Email: tocontactaidan@gmail.com
> [Attorney for Plaintiff, Sherry Mannello]

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2016, at Newport Beach, California.

_____
Iryna Brown